# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KURT MARIN, MAURICE SYMONETTE** and **MICHAEL ALBERTINE,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR IMPAC REAL ESTATE ASSET TRUST SERIES 2006-SDI, ERRON REID, JOSIE BELORME** a/k/a **JOSIA S. BELORME, ETCHIKA M. PIERRE** a/k/a **ETCHIKA PIERRE,  STATE OF FLORIDA, DEPARTMENT OF REVENUE,** and **KEYBANK N.A.,**
Appellees.

No. 4D17-0277

[February 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE13014193.

Kurt Marin and Maurice Symonette, Miami, pro se.

William D. Mueller, Elliot B. Kula and W. Aaron Daniel of Kula & Associates, P.A., Miami, for appellee Deutsche Bank National Trust Company, as Indenture Trustee for IMPAC Real Estate Asset Trust Series 2006-SDI.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***